**Order entered January 6, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00916-CR

**SCOTT RICHARD THORNTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F13-00327-L**

## ORDER

Appellant's January 1, 2015 motion to abate the appeal and for extension of time to file appellant's brief reports the existence of an apparent gap between volume three of the reporter's record prepared by court reporter Debi C. Harris and volume four prepared by Sasha S. Brooks. In particular, the reporter's record as filed does not include a transcription of any proceedings regarding the preparation of the trial court's charge, the jury arguments of counsel, or the submission of the case to the jury.

We **GRANT** appellant's motion to the extent we **ORDER** court reporters Debi C. Harris and Sasha S. Brooks to file, within **THIRTY** days of the date of this order, a supplemental reporter's record that will include the missing portion of appellant's trial conducted on or about June 12, 2014. In the event no notes are available to transcribe into the requested supplemental

reporter's record, Debi C. Harris and Sasha S. Brooks are **ORDERED** to file a letter stating that the requested supplemental reporter's record cannot be filed.

We **EXTEND** the time to file appellant's brief until **SIXTY** days from the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Debi C. Harris and Sasha S. Brooks.

/s/     LANA MYERS  
         JUSTICE